JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURION MEDICAL LIABILITY PROTECTIVE RISK RETENTION GROUP, INC., an Arizona Corporation<br><br>Plaintiff,<br><br>vs.<br><br>CELINA GONZALEZ, CNM, an individual; STEPHEN N. PINE, MD, an individual; S. PINE, A MEDICAL CORPORATION, a California professional corporation; JOSHUA HERNANDEZ, a minor by JUAN HERNANDEZ, his guardian ad litem,<br><br>Defendants.<br>------------------------------------------------------<br>AND RELATED COUNTERCLAIM | Case No.: 2:17-cv-01581 ~~BRO~~ RGK<br><br>[Assigned to Hon. R. Gary Klausner Roybal Courtroom 850]<br><br>**[~~PROPOSED~~] ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE AND REQUEST TO RETAIN JURISDICTION TO ENFORCE SETTLEMENT**<br><br>Complaint Filed: 2/27/2017<br>Trial Date: Not Set. |

Having considered the Stipulation of counsel and GOOD CAUSE APPEARING THEREFORE, it is HEREBY ORDERED that this matter be dismissed with prejudice in its entirety, with the Court to reserve jurisdiction to enforce the Settlement Agreement pursuant to California Code of Civil Procedure § 664.6 and

1

[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE

2787001 p36 order dismiss docx

*Kokkonen v. Guardian Life Inc. Co.*, 511 U.S. 375, 381 (1994) and *Alvarado v. Table Mountain Rancheria,* 509 F.3d 1008, 1017 (9th Cir. 2007). Each of the Parties are to bear its own attorney's fees and costs.

DATED: November 07, 2017

_____
UNITED STATES DISTRICT JUDGE